# FISHER & FISHER
## LAW OFFICES, L.L.C.

Timothy B. Fisher, Esquire* **
Timothy B. Fisher, II, Esquire*

* Member of PA & Federal Bars
** Member of NY Bar
º Member of NJ Bar

John D. Michelin, Esquire*
Joseph F. Kulesa, Jr., Esquire* º
Michelle F. Farley, Esquire*
Michael A. Ventrella, Esquire*

September 26, 2016

To the Clerk of the U.S. Bankruptcy Court

**RE:** *Daniel M. Laudano*
*Case No. 5:16-bk-03611*

Dear Sir:

Please note the following change of address for Lending Club Corp.:

Prior Address:   21 Stevenson Street Suite 300
                 San Francisco CA 94105-2706

New Address:     71 Stevenson Street Suite 300
                 San Francisco CA 94105-2706

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: _____
    Timothy B. Fisher, II

TBFII/gyl

Please Reply To:

☐ Mount Pocono
3041 Route 940, Suite 107
Mount Pocono, PA 18344
(570) 839-8690
(570) 839-7676 fax

☐ Gouldsboro
525 Main St., PO Box 396
Gouldsboro, PA 18424
(570) 842-2753
(570) 842-2800 fax

☐ Cresco
1070 PA Rte 390, PO Box 222
Cresco, PA 18326
(570) 595-8770
(570) 595-8178 fax

☐ Stroudsburg
109 N. 7th Street
Stroudsburg, PA 18360
(570) 629-6322
(570) 629-6275 fax

Case 5:16-bk-03611-JJT    Doc 12    Filed 09/26/16    Entered 09/26/16 10:34:39    Desc
Main Document    Page 1 of 1