# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Daniel M. Laudano**
Debtor(s)

Case No. **5:16-bk-03611**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 26, 2016**, a copy of **Notice of Chapter 13 Bankruptcy Case** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Lending Club Corp
71 Stevenson Street Suite 300
San Francisco CA 94105

**/s/ Timothy B. Fisher II**
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax: 570-842-8979**