```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                    Case No. 16-03611-JJT
Daniel M. Laudano                                         Chapter 13
         Debtor                 CERTIFICATE OF NOTICE
District/off: 0314-5      User: REshelman        Page 1 of 1          Date Rcvd: Oct 19, 2016
                          Form ID: ntcnfhrg      Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
```
db            +Daniel M. Laudano,    P.O Box 917,    Stroudsburg, PA 18360-0917
4828494       +Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
4828495       +Cabellas World Foremost Bank,    4800 NW 1st St Suite 300,    Lincoln, NE 68521-4463
4828496       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
4843039        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
4828497       +Capital One Bank USA NA,    P.O.Box 30281,    Salt Lake City, UT 84130-0281
4828498       +Capital One/Polaris,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
4828499       +Cenlar,    425 Phillips Blvd,    P.O Box 77404,    Ewing, NJ 08628-6404
4828500       +Chase/Bank One Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
4828501        Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
4828502       +Citi Diamond,    701 E 60th St,    Sioux Falls, SD 57104-0432
4828503       +Danielle Totaro,    P.O. Box 917,    Stroudsburg, PA 18360-0917
4828504        Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
4828507      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    5005 N River Blvd NE,
                Cedar Rapids, IA 52411-6634)
4838073       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4828505       +E-mail/Text: bk@lendingclub.com Oct 19 2016 19:14:20      Lending Club Corp.,
               71 Stevenson St., Ste 300,    San Francisco, CA 94105-2985
4828506       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2016 19:15:55      SYNCB/Lowes,    P.O. Box 965005,
               Orlando, FL 32896-5005
                                                                                              TOTAL: 2
```
```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor Daniel M. Laudano donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Daniel M. Laudano
Debtor(s)

Chapter 13

Case No. 5:16−bk−03611−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **November 18, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 13, 2016 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: REshelman |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 19, 2016 |