```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                Case No. 16-03611-JJT
Daniel M. Laudano                                                     Chapter 7
         Debtor                       **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: REshelman              Page 1 of 2              Date Rcvd: Feb 26, 2018
                               Form ID: 309A                Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
```
db             +Daniel M. Laudano,    P.O Box 917,    Stroudsburg, PA 18360-0917
aty            +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Thomas I Puleo,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +John J Martin (Trustee),    Law Offices of John J Martin,    1022 Court Street,
                 Honesdale, PA 18431-1925
4828494        +Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
4828495        +Cabellas World Foremost Bank,    4800 NW 1st St Suite 300,    Lincoln, NE 68521-4463
4828499        +Cenlar,    425 Phillips Blvd,    P.O Box 77404,    Ewing, NJ 08628-6404
4828503        +Danielle Totaro,    P.O. Box 917,    Stroudsburg, PA 18360-0917
4873480        +Pingora Loan Servicing, LLC,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
4838073        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: donna.kau@pocono-lawyers.com Feb 26 2018 19:24:05     Timothy B. Fisher, II,
                 Fisher and Fisher Law Offices,    PO Box 396,    525 Main Street,    Gouldsboro, PA  18424
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Feb 26 2018 19:24:44     United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4828496        +EDI: CAPITALONE.COM Feb 26 2018 19:13:00     Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
4843039         EDI: CAPITALONE.COM Feb 26 2018 19:13:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
4828497        +EDI: CAPITALONE.COM Feb 26 2018 19:13:00     Capital One Bank USA NA,    P.O.Box 30281,
                 Salt Lake City, UT 84130-0281
4828498        +EDI: CAPITALONE.COM Feb 26 2018 19:13:00     Capital One/Polaris,    P.O. Box 30253,
                 Salt Lake City, UT 84130-0253
4828500        +EDI: CHASE.COM Feb 26 2018 19:13:00     Chase/Bank One Card Services,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
4828501         EDI: CHRM.COM Feb 26 2018 19:13:00     Chrysler Capital,    P.O. Box 961275,
                 Fort Worth, TX 76161-0275
4828502        +EDI: CITICORP.COM Feb 26 2018 19:13:00     Citi Diamond,    701 E 60th St,
                 Sioux Falls, SD 57104-0432
4828504         EDI: CITICORP.COM Feb 26 2018 19:13:00     Home Depot/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
4855876         EDI: RESURGENT.COM Feb 26 2018 19:13:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4828505        +E-mail/Text: bk@lendingclub.com Feb 26 2018 19:25:00     Lending Club Corp.,
                 71 Stevenson St., Ste 300,    San Francisco, CA 94105-2985
4861855        +EDI: MID8.COM Feb 26 2018 19:13:00     MIDLAND FUNDING LLC,    MIDLAND CREDIT MANAGEMENT, INC,
                 as agent for MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
4873140         EDI: PRA.COM Feb 26 2018 19:13:00     Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4828506        +EDI: RMSC.COM Feb 26 2018 19:13:00     SYNCB/Lowes,    P.O. Box 965005,    Orlando, FL 32896-5005
4828507         EDI: TFSR.COM Feb 26 2018 19:13:00     Toyota Motor Credit,    5005 N River Blvd NE,
                 Cedar Rapids, IA 52411-6634
4869373         E-mail/Text: WFB.Bankruptcy@cabelas.com Feb 26 2018 19:25:16     WORLD'S FOREMOST BANK,
                 CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
              John J Martin (Trustee)    pa36@ecfcbis.com,  trusteemartin@martin-law.net
              Joshua I Goldman    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Pingora Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Daniel M. Laudano donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5
```

|  | **Information to identify the case:** | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Daniel M. Laudano** | | | Social Security number or ITIN | **xxx–xx–7486** |
| | First Name   Middle Name   Last Name | | | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | | Social Security number or ITIN   _ _ _ _ | |
| | | | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | | Date case filed in chapter **13** | **August 31, 2016** |
| Case number: | **5:16–bk–03611–JJT** | | | Date case converted to chapter **7** | **February 14, 2018** |

## Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Daniel M. Laudano | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | P.O Box 917<br>Stroudsburg, PA 18360 | |
| 4. | **Debtor's attorney**<br>Name and address | Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424 | Contact phone 570 842–2753<br><br>Email: donna.kau@pocono–lawyers.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John J Martin (Trustee)<br>Law Offices of John J Martin<br>1022 Court Street<br>Honesdale, PA 18431 | Contact phone 570 253–6899<br><br>Email: pa36@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: February 26, 2018 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 4, 2018 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | Location:<br><br>**Council Chambers, 2nd Floor, Borough Municipal Building, 700 Sarah Street, Stroudsburg, PA 18360** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** June 3, 2018 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**